COURT OF COMMON PLEAS OF MONROE COUNTY
43RD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

NO:_____

**MICHAEL OLEYNIKOV,**

**Plaintiff**

Vs

**GITIBANK, N.A,**

**Defendant**

FILED
SCRANTON
OCT 07 2024
PER_____DJ_____
DEPUTY CLERK

NOTICE OF APPEAL FROM AWARD
OF BOARD OF ARBITRATORS

TO THE PROTHONTARY:

Notice is given that a Complaint has been filed in the above-captioned case, "Michael Oleynikov v. CITIBANK", **CIVIL NO. 3:23-CV-528**, on behalf of the Plaintiff, Michael Oleynikov, against CITIBANK, N.A, on this 10th day of September, 2024."_____

Appeals from the award of the board of arbitrators entered in this case on September 9, 2024, Case Number: 01-24-0000-1570

A jury trial is demanded    X____. (Check box if jury trial is demanded. Otherwise jury trial is waived.)

I hereby certify that:

(1) The compensation of the arbitrators has been paid, or

(2) Application has been made for permission to proceed in forma pauperis.

(Strike out the inapplicable clause.)

_____
**Appellant**
Michael Oleynikov
198 Arbor Dr.
Long Pond Pa 18334; Tel: 570-213-2259

## American Arbitration Association

## Michael Oleynikov, Claimant

### v.

## Citibank, N.A., Respondent

## Case # 01-24-0000-1570

## Award

I, Honorable Renee Cardwell Hughes, the UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered between the above-named parties, and having been duly sworn, and having duly heard the proofs and allegations of the Parties, Claimant being self-represented, and Respondent being represented by counsel, at an evidentiary hearing held on August 12, 2024, do hereby issue this AWARD as follows:

After consideration of all the written evidence and the oral testimony taken on August 12, 2024, the evidence establishes that the Claimant, Michel Oleynikov unwittingly allowed scammers to access his savings account with Respondent, Citibank, N.A. The record establishes that Mr. Oleynikov, spoke to these persons multiple times, including one call of 56 minutes, during which he provided the confidential information necessary to access his account. Further, although Citibank, N.A. representatives sought to verify whether the transfers being made were authorized by Mr. Oleynikov, the scammers were in control of his account and falsely asserted that the transfers were legitimate.

Finally, Respondent, Citibank, N.A. worked with Claimant to recover the stolen funds. Regrettably, due to no fault of Citibank, N.A. only a small portion of the funds were recovered.

Respondent, Citibank, N.A., took all reasonable action to protect the Claimant and bears no fault for the Claimant's loss.

In light of these findings, **an Award is hereby entered in favor of the Respondent, Citibank, N.A. Respondent has not made any demand for relief beyond this ruling; accordingly, this matter is closed.**

The administrative fees of the American Arbitration Association totaling $2,500.00 shall be borne as incurred, and the compensation of the Arbitrator totaling $2,500.00 shall be borne as incurred. These sums are to be paid on or before fifteen (15) days from the date of this Award.

This Award is in full settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

*[signature]*

The Honorable Renee Cardwell Hughes, Arbitrator, Signed this 9th day of September, 2024

**PRIORITY MAIL®**

**FLAT RATE ENVE**
ONE RATE ■ ANY WEIGHT

Retail

APPLY PRIORITY MAIL POSTAGE!

U.S. POSTAGE PAID
PM
POCONO SUMMIT, PA 18346
OCT 03, 2024
$9.12
R2305K140193-81

RDC 03       0 Lb 0.90 Oz
18501

EXPECTED DELIVERY DAY: 10/07/24

USPS TRACKING® #

EP14H February 2023 Outer Dimension: 10 x 5

Michael Oleynikov
198 Arbor DR.
Long Pond PA, 18334

RECEIVED
SCRANTON
OCT 07 2024
PER _____ DEPUTY CLERK

CIVIL NO. 3:23-CV-528

Scranton
US. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

FOREVER / USA