**Ballard Spahr LLP**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Daniel JT McKenna
Tel: 215.864.8321
Fax: 215.864.8999
mckennad@ballardspahr.com

October 14, 2024

*By Electronic Filing*

Honorable Daryl F. Bloom
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

Re:  *Michael Oleynikov v. Citibank, N.A.*
     Civil Action No.: 3-23-cv-00528-RDM-DFB
     Status Report

Dear Judge Bloom:

I represent Defendant Citibank, N.A. ("Citibank") in the above captioned action. This case originated in the Court of Common Pleas of Monroe County. The case was then removed to this court where it was thereinafter ordered to continue in arbitration with the American Arbitration Association ("AAA"). Pursuant to Your Honor's January 3rd, 2024 I submit this status report.

The AAA action *(Michael Oleynikov v. Citibank, N.A., Case #01-24-0000-1570)* has concluded with the entry of a Final Award on September 9th, 2024. The Final Award was entered in favor of Citibank.

Citibank's position is that this matter has concluded and should now be closed. Our office has reached out to Mr. Oleynikov for his input for this report, but we have not received a response.

I thank Your Honor for your attention to this matter.

Respectfully submitted,

*/s/ Daniel JT McKenna*

Daniel JT McKenna

cc:  Michael Oleynikov (via email)

DMFIRM #413698828 v1