IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL OLEYNIKOV, | : Civil No. 3:23-CV-528 |
| Plaintiff, | : (Judge Mariani) |
| v. | : (Chief Magistrate Judge Bloom) |
| CITIBANK, N.A., | : |
| Defendant. | : |

## ORDER

AND NOW, this 19th day of December 2024, having been informed that the underlying arbitration has concluded in favor of Citibank (Docs. 27, 28), and construing the *pro se* plaintiff's latest filing as a motion to vacate the arbitration award pursuant to 9 U.S.C. § 10 (Doc. 29), IT IS HEREBY ORDERED THAT the defendant shall file a response to the plaintiff's motion **on or before January 2, 2025.**

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge