Michael Oleynikov
198 Arbor DR. Long Pond Pa 18334
570-213-2259
txolyn@gmail.com
Personal web site: https://michael-oleynikov.net/html
Plaintiff, Case Number: 1291 CV2021

VS.

CITIBANK, NA
Office of President
P.O BOX 6000
Sioux falls, SD 57117-6000

FILED
SCRANTON
JAN 22 2025
PER ___DT___
DEPUTY CLERK

PETITION.

You Honor,

It is have been FIVE MONTH since I've sent to Monroe County 43 judicial district commonwealth of PA my notice of appeal from award of board of arbitration.

In my previous petition to You Honor I've included, besides the printed for you 4 pages of relevant to my notice of appeal from award of board of arbitration

statements, including a flash drive containing 156 MB of a data with abundance of evidences which are clearly applied to the 9 **U.S.C.** United States Code, 2011 Edition Title 9 - ARBITRATION CHAPTER 1 - GENERAL PROVISIONS Sec. 10 - Same; vacation; grounds; rehearing From the U.S. Government Publishing Office, www.gpo.gov

**§10. Same; vacation; grounds; rehearing**

I'm well aware about a law which is describing of how long by law should it take for Judges to respond on notes of appeal for AAA reward ruling civil case.
According with the PA LAW:

"In Pennsylvania, a judge has **14 days** to respond to a notice of appeal for a civil case after the entry of the judgment or the filing of the government's notice of appeal[1]. However, the actual time may vary depending on the specific circumstances and the court's workload."

Therefore I am kindly asking Your Honor; Please advice on the issue listed above because it is vital for me at this point of time in my life.

Respectfully,
Michael Oleynikov.
1/13/2025

*Michael Oleynikov* (signature)

**Santa Rosa Police Department**
Property Crimes Investigations Team
965 Sonoma Avenue
Santa Rosa, CA 95404



SANTA ROSA
POLICE

**TO:** Michael C Oleynikov
198 Arbor Drive
Long Pond, Pennsylvania 18334

**DATE:** May 31, 2023

**SUBJECT:** Santa Rosa Police Department Case #22-13463
Money Laundering Victim Contact

Dear Michael,

I am currently investigating a significant *money laundering conspiracy* involving multiple suspects who created bank accounts through identity theft, and laundered *scam money* from victims throughout the United States through the funnel accounts.

I located the following **wire transfer** which I believe originated from you in a *funnel account* utilized by the suspect(s) for money laundering:

| | |
|---|---|
| Date: | July 26, 2022 |
| Amount: | $30,000 |
| Sending Bank: | Citibank NA |

I suspect this wire transfer was **fraudulent** or theft through trickery / scam. Our suspects laundered money stolen from victims of various schemes and scams, such as lottery scams, Amazon.com scams, LifeLock scams, business email compromises, or bank account hacking.

Our prosecutor's office will be seeking a court order for *victim restitution* from the money laundering suspects as part of criminal prosecution related to this money laundering investigation, and your response to this letter will be critical in identifying victim(s) who may be entitled to *victim restitution*.

Please complete the attached form related to this investigation, indicating if this **was or was not** a scam / fraudulent transfer.

If this wire transfer was fraudulent and you have **not** reported it to your local law enforcement agency, please **make a police report as soon as possible** and provide me the agency and law enforcement report number.

# SANTA ROSA POLICE

Santa Rosa Police Department Case #22-13463
**Wire Transfer Victim Contact Form**

Your Name: _Michael Oleynixa_

Your Email Address: _oleyn@ptol.net_

Your Phone Number: _1(570)355-5671_

Today's Date: _June 22, 2023_

---

**Wire Transfer Information:**

Date: July 26, 2022
Amount: $30,000
Sending Bank: Citibank NA

---

The above wire transfer(s):

☒ WAS / WERE Fraudulent / Scam / Theft by Trickery.
☐ WAS / WERE **NOT** Fraudulent, and was a legitimate wire transfer I consented to.

If the wire transfer WAS Fraudulent / Scam / Theft by Trickery, please provide information on the law enforcement report you filed related to it: (If you have not filed a report, please do so.)

Law Enforcement Agency: _Please see enclosed documents._

Report / Case Number: _Police: 22-008274, PA, AG_

Please describe the circumstances surrounding this fraudulent wire transfer:

_All my computers and cell phone have been infected by virus. Then phone call from scammer with the offer to help locate and remove virus._

(You may attach an additional document describing the circumstances, if desired.)

I attest, under penalty of perjury, that I am the person named above, and the information contained within this document is true and accurate to the best of my knowledge.

Date: _June 22, 2023_  Signature: _Michael Oleynixa_

, Your Honor,

Please just see the Letter to me from the SANTA ROSA POLISE DEPARTMENT CA with their request to help then
to apprehend the cyber crook whose information I was managed to intercept by updating my computer network code during the time when I intestinally was holding him on a phone talking to me while I was working on my coding to catch him. Please see the scammer's entry with his ransom demand to me.

Below are the visitor's comments by domain and time.
==============================================

\*\*\*\*\*\*\*START OF ENTRY\*\*\*\*\*\*
Visitor's Address: [137.184.130.46] - [07/25/22 16:50:06 MDT]
Visitor's name: Bryan
Visitor's City: san jose
Visitor's State: California
Visitor's Country: United States
\*\*\*\*\*\*\*\*END OF ENTRY\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\* START OF THE ABOVE VISITOR'S COMMENTS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Coinbase inc
Recipient address
100 Pine Street, Suite 1250, San Francisco, CA 94111
Account number
301278163649
Routing number
021214891
Bank name
Cross River Bank
Bank address
885 Teaneck Road, Teaneck, NJ 07666

Bank country
United States
Transfer $30000 to Stephan Datz
*********** END OF THE ABOVE VISITOR'S COMMENTS ***

Please see how fare CITIBANK management went to still money from their clients and then LAUNDRED
SCAM MONEY FROM THEIR WICTIMS THROUUGHOUT THE UNITED STATE!!!!!!!!!
What would be your opinion about that?
You Honor,

SYTEMS ARCHITECT AVP CONSULTING
Michael Oleynikov.

*Michael Oleynikov*
1/14/25

FROM:
Michael Olyynykov
198 Arbor Dr, Long Pond
PA 18334

RECEIVED
SCRANTON
JAN 22 2025
PER _____ SD
DEPUTY CLERK

Case # 1291 CV 2021

TO:
U.S. District Court
Middle District
Of PA Box 1148
235 N. Washington Av
Scranton PA
18501 1148

PRIORITY MAIL

US POSTAGE PAID
$15.00
Origin: 18346
01/17/25
4169003346-81

PRIORITY MAIL®
0 Lb 2.70 Oz
RDC 03
B099

EXPECTED DELIVERY DAY: 01/21/25

SHIP TO:
PO BOX 1148
SCRANTON PA 18501-1148

USPS SIGNATURE® TRACKING #
9510 8103 4491 5017 8978 43

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. © USPS 2023. All rights reserved.

This package is made from post-consumer waste. Please recycle - again.