3:23cv528

PG: 1 of 3

Michael Oleynikov
198 Arbor DR. Long Pond Pa 18334
570-213-2259
txolyn@gmail.com
Personal web site: https://michael-oleynikov.net/html
Plaintiff, Case Number: 1291 CV2021
VS.
CITIBANK, NA
Office of President
P.OBOX 6000
Sioux falls, SD 57117-6000
PETITION

FILED
SCRANTON

FEB 06 2025

PER _____
DEPUTY CLERK

## PETITION

You're Honor.

I am very scared! I am scared because attorney FREEMAN at "FREEMAN LAW" has denied my request to represent my CITIBANK'S case and my appeal against AAA arbitration award case hearing at your courtroom because, "in ATTORNEW FREEMAN opinion" you, Your Honor, will never reply to any of my motions, and will simple ignore all of my motions to you Your Honor. Therefore Your Honor may I kindly ask you: **Have you ever read any of my motions so fare Your Honor?**
I am hoping that this attorney' opinion about you your

PG: 2 of 3

Honor is not true! Therefore, I am kindly asking Your Honor to take to your consideration how it is imported for me being hopeful for your undeniably just decision, because of I, being not in good health and financially broken 84 year old man, just kindly asking for your understanding of my situation.

At the end of this petition of my, and with your permeation, I'd like Your Honor to describe to you my mental state: Leaving and waiting for unknown to happen for a very long time, without knowing what is going to be the Judge's decision, it is a tremendous negative impact on anyone' psychological health and state of mind.
Respectfully,
Michael Oleyniokv,
Retire AVP and System Architect/Consultant for Bank of America/Merrill Lynch Co.
PS:

    In 1978 I have been invited to US by President' Jimmy Carter Administration.  My Visa and Invitation letter to the USSSR Ambassador Mr. Dobrynin has been signed by MR. Cyrus Vance Jr.

You Honor, please visit my web site just to see how I and my son Dmitry Oleynikov made it in this country. After 42 years of my work for this country I do not deserve to be ignored.

FREEMAN LAW
210 Montage Mountain Road
Moosic, PA 18507

LEHIGH VALLEY

5 APR 2023 PM

Michael Oleynikov
198 Arbor Drive
Long Pond, PA 18334

18334-788198



Michael Oleynilov
198 Arbor Dr.
Long Pond PA 18334

U.S. District Court
Middle District of
Pennsylvania
PO Box 1148
235 Washington Av. Scranton, PA
18501-1148

RECEIVED SCRANTON
FEB 06 2025
PER _____ DEPUTY CLERK
DJ

USDC X-RAY