PG: 1 of 4

Michael Oleynikov
198 Arbor DR. Long Pond Pa 18334
570-213-2259
txolyn@gmail.com
Personal web site: https://michael-oleynikov.net/html
Plaintiff, Case Number: 23 CV 528

VS.

CITIBANK, NA
Office of President
P.O BOX 6000
Sioux falls, SD 57117-6000

FILED
SCRANTON
FEB 24 2025
PER _____
DEPUTY CLERK

PETITION #4.

Attention to His Honor Judge Bloom.

## What Does a Judge Do?

Judge Duties & Responsibilities

Judges perform a variety of tasks inside and outside the courtroom. In the courtroom, they perform the following duties:

- Hear allegations of the prosecuting and defending parties.
- Listen to witness testimony.
- Rule on the admissibility of evidence.
- Inform defendants of their rights.
- Instruct the jury.
- Question witnesses.

- Rule on motions presented by counsel.
- In criminal court, determine the guilt or innocence of criminal defendants and impose sentences on defendants found guilty.
- **In civil cases, determine liability or damages.**

As of right now I have been denied all of listed above Since July 26, 2022 and this situation doesn't go well with my constitutional rights as a USA citizen.
You Honor, How much longer should I beg you for your direct involvement by expediting an evaluation of submitted by me request for Judicial Intervention and a numerous petitions related to my NOTICE OF APPEAL FROM AWARD OF BOARD OF ARBITRATORS?
If I'd be yang and healthy, and have a different profession, I'd probably not put myself in a position of being **the beggar** for justice. That is not what I've been promised when two American man from the US State Department enter my USSR Moscow apartment and promised to save my wife's life if I'd agreed to immigrate to USA. Therefore since 1978 I've been working for USA very hard for almost 40 years. Therefore, may I kindly ask Your Honor not to ignore all my requests to you that I've keep on mailing to the clerks of court since September 10, 2024?

Below Please see intercepted by my programming coding the SCAMERS LOCATION, his name, and his Location and more. All of this information has been forwarded by me to CITIBANK Centralized Dispute Unit and which, eventually help them to locate the small amount of my stolen money. The rest of my money has been already withdraw by the scammers, because CITIBANK has violated their own procedure to start searching for the finds being stolen due to unauthorized wire electronic transfer. Incredibly, this information provided by me to CITIBANK, including details of how many minutes it took me to get it, had been managed by CITITBANK' lawyer to use it against me and eventually was one of the reason used by the arbitrator to give the award to CITIBANK!

Your Honor, I'm kindly asking you to let me know when I may expect to get **hearing date** SET BY YOU.

\*\*\*\*\*\*\*START OF ENTRY\*\*\*\*\*\*
Visitor's Address: [137.184.130.46] - [07/25/22 16:50:06 MDT]
Visitor's name: Bryan
Visitor's City: san jose
Visitor's State: California
Visitor's Country: United States
\*\*\*\*\*\*\*\*END OF ENTRY\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\* START OF THE ABOVE VISITOR'S COMMENTS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Coinbase inc
Recipient address
100 Pine Street, Suite 1250, San Francisco, CA 94111
Account number
301278163649
Routing number
021214891
Bank name
Cross River Bank
Bank address
885 Teaneck Road, Teaneck, NJ 07666
Bank country
United States
Transfer $30000 to
Stephan Datz

ABOVE SCAMERS LOCATION AND ISP IP ADDRESS
IP ADDRESS:137.184.130.46
countryCOUNTRY:United States
regionREGION:New Jersey
cityCITY:North Bergen
ispISP:DigitalOcean, LLC
organizationORGANIZATION:DigitalOcean, LLC

PG: 4 of 4

latitudeLATITUDE:40.8054

longitudeLONGITUDE:-74.0241

This information about scammer has been forwarded to the PA DA office.

Respectfully,

Michael Oleynikov.

*Michael Oleynikov*
2/17/2025

