THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL OLEYNIKOV, | : | |
| | : | |
| Plaintiff, | : | 3:23-CV-528 |
| v. | : | (JUDGE MARIANI) |
| | : | |
| CITIBANK, N.A. | : | |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, THIS 31st DAY OF JULY 2025, upon review of Magistrate Judge Bloom's Report and Recommendation for clear error or manifest injustice, (Doc. 34), **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, (Doc. 34) is **ADOPTED AS MODIFIED**.

2. Plaintiff's Motions to Vacate/Modify, (Docs. 27, 29), are **DISMISSED** for lack of subject matter jurisdiction.

3. Plaintiff's Motion to Expedite, (Doc. 33), is **DISMISSED AS MOOT**.

4. Plaintiff's Motions for Recusal, (Docs. 37, 38), are **DISMISSED AS MOOT**.

5. The case is **REMANDED** to the Monroe County Court of Common Pleas pursuant to 28 U.S.C. § 1447(c).

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge